FILED
MAY 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8463 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Jorge AYON-Sosa, ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about May 22, 2008, within the Southern District of California, defendant Jorge AYON-Sosa, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF MAY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Jorge AYON-Sosa

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports prepared by Border Patrol Agent E. Blackburn, that the Defendant, Jorge AYON-Sosa, was found and arrested on May 22, 2008, east of Calexico, California.

On May 22, 2008, at approximately 12:00 A.M., Agent G. Lopez was performing his assigned Border Patrol Duties east of Calexico, California and encountered a group of four individuals attempting to conceal themselves in the brush north of the International Boundary with Mexico. Agent Lopez questioned the group and determined they all, including one later identified as Jorge AYON-Sosa, are citizens of Mexico illegally in the United States. AYON and the others were arrested and transported to the Calexico California Border Patrol Station.

At the station, a record check of AYON revealed he had been encountered on (34) thirty-four previous occasions by the Border Patrol. The information also revealed AYON has been previously identified as guiding group's thorough dangerous areas to assist them in illegally entering into the United States.

Agent Blackburn witnesses Agent A. Necochea read AYON his rights per Miranda. AYON stated he understood his rights and was willing to speak with agents without the presence of an attorney. AYON stated when he was apprehension this time he was smuggling people through the river from Mexico into the United States. AYON admitted to doing this on fifteen occasions and charged $100.00 per person. AYON stated he normally smuggles ten people at a time. AYON stated he knows it is illegal to smuggle people into the United States. When asked if he has been previously ordered deported, excluded, or removed from the United States, AYON stated yes. When asked if he had ever applied to the United States Attorney General or the Secretary of Homeland Security for permission to re-enter the United States, AYON replied "No,"

(2)